# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00794-CR

**Ruben Alonzo, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 331ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-DC-21-301358, THE HONORABLE BOB PERKINS, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant Ruben Alonzo has filed a motion to dismiss this appeal, *see* Tex. R. App. P. 44.2(a), and motion for reconsideration of his motion for good-time credit, *see id.* R. 49. We deny his motion for reconsideration. We grant his motion to dismiss this appeal.

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Dismissed on Appellant's Motion

Filed: August 14, 2024

Do Not Publish